UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-22600-CV-MORENO
(12-20367-CR-MORENO)
MAGISTRATE JUDGE REID

GRAYLIN SHARROD KELLY, Jr.,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## REPORT OF MAGISTRATE JUDGE
## RE: DISMISSAL DUPLICATE RELIEF

### I.    Introduction

The Movant, Graylin Kelly, Jr., has filed a 28 U.S.C § 2255 motion to vacate challenging his convictions for violation of 18 U.S.C. § 924(c) in Case No. 12-20367-CR-MORENO. [ECF No. 1].

This cause has been referred to the undersigned for consideration and report pursuant to 28 U.S.C. § 636(b)(1)(B), (C) and Administrative Order 2019-02. [ECF No. 2].

The motion filed in this case seeks to vacate Movant's conviction in light of *United States v. Davis*, 139 S.Ct. 2319 (2019). However, a review of the records of

this court reveals that Movant, *through counsel*, has filed a Motion to Vacate which has been docketed in case no. 20-22581-CV-MORENO. That motion also seeks to vacate Movant's conviction in light of *Davis* and an order to show cause has already been issued.

Since the instant case is duplicative of Case no. 20-22581-CV-Moreno this case should be dismissed.

## II.  Conclusions and Recommendations

Based on the foregoing, it is recommended that the instant case be dismissed as duplicative of Case No. 20-22581-CV-MORENO.

Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this court. Failure to do so will bar a *de novo* determination by the district judge of anything in the recommendation and will bar an attack, on appeal, of the factual findings of the Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

Signed this 6th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

cc:     Graylin Sharrod Kelly Jr.
       99947-004
       Administrative United States Penitentiary
       Inmate Mail/Parcels
       PO Box 1002
       Thomson, IL 61285
       PRO SE

       Aubrey Quinton Webb[1]
       Law Offices of Aubrey Webb, P.A.
       55 Merrick Way, Suite 212
       Coral Gables, FL 33134
       305-461-1116
       Fax: 305-461-6446
       Email: breywebb@yahoo.com

       Quinshawna S. Landon
       United States Attorney's Office
       SDFla
       99 NE 4th Street
       200 South Biscayne Blvd.
       Miami, FL 33132

---

[1] A copy of this report is being mailed to counsel representing Movant in case number 20-22581-CV-MORENO.