UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 20-22600-CIV-MORENO

GRAYLIN SHARROD KELLY, JR.,

      Movant,

vs.

UNITED STATES OF AMERICA,

      Respondent.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND AND DISMISSING CASE AS DUPLICATIVE**

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed on **June 23, 2020**. The Magistrate Judge filed a Report and Recommendation **(D.E. 5)** on **August 6, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. The Court notes that no objections have been filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that this case is DISMISSED as duplicative of Case No. 20-22581-CIV-MORENO, which is currently pending before the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of August 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record

**Graylin Sharrod Kelly Jr.**
99947-004
Administrative United States Penitentiary
Inmate Mail/Parcels
PO Box 1002
Thomson, IL 61285
PRO SE